# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2015

*The Court of Appeals hereby passes the following order:*

## A14A1750.  COCHRAN v. KENDRICK et al.

Nancy Mims Cochran filed a civil action against Steven Kendrick and Augusta-Richmond County, alleging failure to conform to the rules and regulations of the Personnel Board for Augusta-Richmond County. As part of this action, Cochran claimed entitlement to mandamus relief. After the trial court granted summary judgment to Kendrick, Cochran filed this appeal.  In her appellate brief, Cochran enumerates that the trial court erred by not granting mandamus relief.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5).  Because this case involves the denial of a request for mandamus relief, jurisdiction lies in the Supreme Court.  See *Goddard v. City of Albany*, 285 Ga. 882, n. 1 (684 SE2d 635) (2009) ("Cases involving the grant or denial of mandamus are within the exclusive jurisdiction of this Court without regard to the underlying subject matter or the legal issues raised.") (citation and punctuation omitted); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/13/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.